IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEBORAH DUNKLIN TIPTON                                        PLAINTIFF

v.                           No. 5:15-cv-392-DPM

GEORGE H. DUNKLIN, JR; LESTER McKINLEY;
GEORGE GREAVES; MARY JENNINGS; BLACK,
INC.; and HATTIE BOONE BLACK TESTAMENTARY
GST EXEMPT TRUST                                              DEFENDANTS

ORDER

For the reasons I recused in earlier litigation involving these parties, No. 5:13-cv-2-DPM & 5:13-cv-56-DPM, Order № 18, and because James M. Moody Sr. (one of Tipton's lawyers) was U.S. District Judge on this Court until 2014, I recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 December 2015